**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE VELEZ,

> Plaintiff,

v.                                                            Case No:   6:26-cv-173-AGM-LHP

TESLA, INC.,

> Defendant

## ORDER

Before the Court is Defendant Tesla, Inc.'s Motion to Compel Arbitration and Stay Proceedings.  Doc. No. 7.  Plaintiff has not responded.  Local Rule 3.01(c), (d).  However, upon review, it is not clear that the motion was ever properly served on Plaintiff.

Specifically, the motion includes a "CERTIFICATE OF SERVICE – CM/ECF" stating only that Defendant filed the motion "with the Clerk of Court by using the CM/ECF system, which will furnish a copy to all counsel of record."  Doc. No. 7, at 14.  Plaintiff, however, proceeds *pro se* in this matter, and he has not requested nor received access to the Court's CM/ECF electronic docketing system.  Thus,

Defendant was required to serve Plaintiff by other means as set forth in the applicable rules.   *See* Fed. R. Civ. P. 5(b)(2).

Accordingly, Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 7) is **DENIED without prejudice**.   Within **seven (7) days** of the date of this Order, Defendant shall file a renewed motion to include a certificate of service demonstrating that Plaintiff was properly served with a copy thereof. *See* Fed. R. Civ. P. 5(b)(2), (d)(1)(B)(i).   Alternatively, within **seven (7) days** of the date of this Order, Defendant shall answer the complaint.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -